**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02958-REB-KMT

IRMAN JAMAAL JONES,

     Plaintiff,

v.

AURORA POLICE OFFICER MATTHEW T. MILLIGAN,
AURORA POLICE OFFICER PICCHIONE, in their individual and official capacity, and
CITY OF AURORA, jointly and severally,

     Defendants.

## ORDER OF DISMISSAL AS TO JOHN DOE SUPERVISORS, ONLY

**Blackburn, J.**

The matter comes before the court on the **Plaintiff's Unopposed Motion to Dismiss Defendant John Doe Supervisors** [#61] filed February 28, 2011.  The operative complaint, **Plaintiff's Second Amended Complaint** [#22] filed February 18, 2010, does not show John Doe supervisors as defendants in the caption or in the portion of the complaint, paragraphs 3 through 6, that describes the parties specifically.  On that basis, I conclude that the plaintiff has not properly asserted claims against John Doe supervisors.  To the extent the plaintiff's brief mention of John Doe supervisors elsewhere in the complaint might be read as an assertion of a claim against John Doe supervisors, I conclude that the motion to dismiss such claims should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That **Plaintiff's Unopposed Motion to Dismiss Defendant John Doe Supervisors** [#61] filed February 28, 2011, is **GRANTED**; and

2.  That plaintiff's claim against John Doe supervisors for failure to train and/or supervise is **DISMISSED WITH PREJUDICE**.

Dated March 1, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge