**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02958-REB-KMT

IRMAN JAMAAL JONES,

    Plaintiff,

v.

AURORA POLICE OFFICER MATTHEW T. MILLIGAN,
AURORA POLICE OFFICER PICCHIONE, in their individual and official capacity, and
CITY OF AURORA, jointly and severally,

    Defendants.

**ORDER OF DISMISSAL AS TO THE CITY OF AURORA, ONLY**

**Blackburn, J.**

    The matter comes before the court on the **Plaintiff's Unopposed Motion to Dismiss Defendant City of Aurora** [#72] filed April 4, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and plaintiff's claims against the City of Aurora should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That  **Plaintiff's Unopposed Motion to Dismiss Defendant City of Aurora** [#72] filed April 4, 2011, is **GRANTED**;

    2. That plaintiff's claims against the City of Aurora are **DISMISSED WITH PREJUDICE**; and

    3. That defendant, City of Aurora, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

    Dated April 4, 2011, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge