**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  09-cv-02958-REB-KMT

IRMAN JAMAAL JONES,

     Plaintiff,

v.

AURORA POLICE OFFICER MATTHEW T. MILLIGAN, and
AURORA POLICE OFFICER PICCHIONE, jointly and severally,

     Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     The matter comes before the court on the **Plaintiff's Unopposed Motion to Dismiss Aurora Police Officers Matthew T. Milligan and Stephan Picchione With Prejudice** [#78] filed April 15, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that this case should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That **Plaintiff's Unopposed Motion to Dismiss Aurora Police Officers Matthew T. Milligan and Stephan Picchione With Prejudice** [#78] filed April 15, 2011, is **GRANTED**;

     2.  That the jury trial set to commence April 18, 2011, is **VACATED**;

     3.  That any pending motion is **DENIED** as moot; and

     4.  That this action is **DISMISSED WITH PREJUDICE**.

Dated April 15, 2011, at Denver, Colorado.

     **BY THE COURT:**

     Robert E. Blackburn
     United States District Judge